```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                            CASE NO. 04 B 14499
   MIGUEL SILVA
   MARIA M SILVA                                  CHAPTER 13

                                                  JUDGE: JACQUELINE P COX

             Debtor
   SSN XXX-XX-6056     SSN XXX-XX-0408

-------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 04/12/2004 and was confirmed 06/14/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 11/26/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
-------------------------------------------------------------------------------
CHARTER ONE AUTO FINANCE   SECURED          11600.00         983.27        8477.74
CHARTER ONE AUTO FINANCE   UNSECURED         6525.42            .00            .00
DELL FINANCIAL SERVICES    SECURED            150.00          13.53         109.43
DELL FINANCIAL SERVICES    UNSECURED        NOT FILED           .00            .00
HARRIS TRUST & SAVINGS     SECURED               .00            .00            .00
AMERICAN EXPRESS TRAVEL    UNSECURED         1760.85            .00            .00
AMERICAN EXPRESS CENTURI   UNSECURED         3485.91            .00            .00
LVNV FUNDING               UNSECURED         1990.17            .00            .00
CAPITAL ONE BANK           UNSECURED          832.88            .00            .00
ECAST SETTLEMENT CORP      UNSECURED         6229.52            .00            .00
CITIBANK NA                UNSECURED        NOT FILED           .00            .00
DISCOVER FINANCIAL SERVI   UNSECURED         7903.76            .00            .00
NATIONAL LOAN RECOVERIES   UNSECURED         8266.95            .00            .00
NATIONAL LOAN RECOVERIES   UNSECURED         1599.87            .00            .00
FIRST FAMILY DENTAL INC    UNSECURED        NOT FILED           .00            .00
CITY OF CHICAGO PARKING    UNSECURED          200.00            .00            .00
NEURO & ORTHO INSTITUTE    UNSECURED        NOT FILED           .00            .00
NATIONAL LOAN RECOVERIES   UNSECURED         1465.17            .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       1,694.00                      1,694.00
TOM VAUGHN                 TRUSTEE                                           602.03
DEBTOR REFUND              REFUND                                          1,650.00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE             13,530.00

PRIORITY                                          .00
SECURED                                      8,587.17
   INTEREST                                    996.80
UNSECURED                                         .00

               PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 04 B 14499 MIGUEL SILVA & MARIA M SILVA
```

```
ADMINISTRATIVE                                           1,694.00
TRUSTEE COMPENSATION                                       602.03
DEBTOR REFUND                                            1,650.00
                                    ---------------   ---------------
TOTALS                                    13,530.00        13,530.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 03/26/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE